■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ROBERT J. KELLY, Admitted December 5, 1983, at a Term of the Appellate Division, First Department. [716 NYS2d 565] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [See, 247 AD2d 158.]

(November 3, 2000)

■ WALTER N. IWACHIW, Appellant, v NEW YORK STATE BOARD OF ELECTIONS et al., Respondents. [716 NYS2d 563] —Order, Supreme Court, New York County (Michael Stallman, J.), entered November 1, 2000, unanimously affirmed for the reasons stated by Stallman, J., without costs or disbursements. No opinion. Concur—Sullivan, P. J., Nardelli, Ellerin, Lerner and Friedman, JJ.